NOAH GRAFF, Assistant Chief Counsel, (SBN# 192795)
ngraff@scif.com
R. TIMOTHY O'CONNOR, Staff Counsel (SBN# 179631)
rtoconnor@scif.com
JOHN B. DE LEON, Staff Counsel, (SBN# 261381)
jdeleon2@scif.com
STATE COMPENSATION INSURANCE FUND
900 Corporate Center Drive, Suite 401
Monterey Park, California 91754
Telephone: (323) 526-2045
Facsimile: (323) 526-2012

Attorneys for Plaintiff
STATE COMPENSATION INSURANCE FUND,
A Public Enterprise Fund

MICHAEL J. STRUMWASSER (SBN 58413)
BRYCE A. GEE (SBN 222700)
JULIA MICHEL (SBN 331864)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
mstrumwasser@strumwooch.com
bgee@strumwooch.com
jmichel@strumwooch.com

Attorneys for Defendants
RICARDO LARA and THE CALIFORNIA
DEPARTMENT OF INSURANCE

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND, a Public Enterprise Fund,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO LARA in his capacity as INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA; and THE CALIFORNIA DEPARTMENT OF INSURANCE, an Agency of the State of California,<br><br>Defendants. | CASE NO. 2:20-CV-01289-JAM-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE RULE 26(F) CONFERENCE AND JOINT STATUS REPORT DEADLINES** |

STATE
COMPENSATION
INSURANCE FUND
CORPORATE LEGAL

1   CASE NO. 2:20-CV-01289-JAM-CKD

**STIPULATION AND ORDER TO CONTINUE RULE 26(F) CONFERENCE AND
JOINT STATUS REPORT DEADLINES**

Plaintiff STATE COMPENSATION INSURANCE FUND ("Plaintiff" or "State Fund"), and Defendants RICARDO LARA in his capacity as INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA, and THE CALIFORNIA DEPARTMENT OF INSURANCE, an Agency of the State of California ("Defendants")(collectively, the "Parties"), by and through their respective counsel of record, hereby respectfully apply to this Court for an Order continuing the date for the Parties to confer as required by Fed. R. Civ. P. 26(f) and to prepare and submit a joint status report as set forth below.

WHEREAS, on June 26, 2020, State Fund filed a Complaint for Declaratory and Injunctive Relief;

WHEREAS, service was effectuated on July 20, 2020;

WHEREAS, Defendants' response to Complaint is currently due on October 6, 2020, pursuant to Parties Stipulation filed on August 31, 2020;

WHEREAS, pursuant to the Order Requiring Service of Process and Joint Status Report, provided by the Court upon filing of the complaint, the sixty (60) day deadline to confer, prepare, and submit a Joint Status Report currently falls on September 18, 2020;

WHEREAS, the Parties have met and conferred on Plaintiff's Complaint and Defendants' intent to respond by way of a motion to dismiss Plaintiff's Complaint, and the parties agreed that postponing the Rule 26(f) conference and the Joint Status Report until after a ruling on Defendants' motion and after the pleadings are set would permit a more meaningful Rule 26(f) conference and a more complete Joint Status Report;

NOW, THEREFORE, IT IS HEREBY STIPULATED, between the Parties, subject to the Court's approval, that: the last date for the Parties to confer pursuant to Rule 26(f) and to submit a Joint Status Report shall be continued until two weeks following the filing of Defendants' Answer to the Complaint or to any amended Complaint.

///

///

///

///

STATE COMPENSATION INSURANCE FUND
CORPORATE LEGAL

2   CASE NO. 2:20-CV-01289-JAM-CKD
**STIPULATION AND ORDER TO CONTINUE RULE 26(F) CONFERENCE AND JOINT STATUS REPORT DEADLINES**

**IT IS SO STIPULATED.**

DATED: September 10, 2020          STRUMWASSER & WOOCHER LLP


By: */s/Michael J. Strumwasser*
    Michael J. Strumwasser
    Bryce Gee
    Julia Michel

    Attorneys for Defendants
    RICARDO LARA in his capacity as INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA; and THE CALIFORNIA DEPARTMENT OF INSURANCE, an Agency of the State of California

DATED: September 10, 2020          NOAH GRAFF
    Assistant Chief Counsel


By: */s/R. Timothy O'Connor*
    R. Timothy O'Connor
    John B. de Leon
    Attorneys for Plaintiff
    STATE COMPENSATION INSURANCE FUND

**ORDER**

For good cause shown, the above Stipulation is adopted as follows:

The last date for the Parties to confer pursuant to Rule 26(f) and to submit a Joint Status Report shall be continued until two weeks following the filing of Defendants' Answer to the Complaint or to any amended Complaint.

**IT IS SO ORDERED.**

Dated:   September 10, 2020

          /s/ John A. Mendez
          Hon. John A. Mendez, U.S. District Court Judge

STATE COMPENSATION INSURANCE FUND
CORPORATE LEGAL

3                    CASE NO.  2:20-CV-01289-JAM-CKD
**STIPULATION AND ORDER TO CONTINUE RULE 26(F) CONFERENCE AND JOINT STATUS REPORT DEADLINES**