NOAH GRAFF, Assistant Chief Counsel, (SBN# 192795)
ngraff@scif.com
R. TIMOTHY O'CONNOR, Staff Counsel (SBN# 179631)
rtoconnor@scif.com
JOHN B. DE LEON, Staff Counsel, (SBN# 261381)
jdeleon2@scif.com
STATE COMPENSATION INSURANCE FUND
900 Corporate Center Drive, Suite 401
Monterey Park, California 91754
Telephone: (323) 526-2045
Facsimile: (323) 526-2012

Attorneys for Plaintiff
STATE COMPENSATION INSURANCE FUND,
A Public Enterprise Fund

MICHAEL J. STRUMWASSER (SBN 58413)
BRYCE A. GEE (SBN 222700)
JULIA MICHEL (SBN 331864)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
mstrumwasser@strumwooch.com
bgee@strumwooch.com
jmichel@strumwooch.com

Attorneys for Defendants
RICARDO LARA and THE CALIFORNIA
DEPARTMENT OF INSURANCE

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND, a Public Enterprise Fund,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO LARA in his capacity as INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA; and THE CALIFORNIA DEPARTMENT OF INSURANCE, an Agency of the State of California,<br><br>Defendants. | CASE NO. 2:20-CV-01289-JAM-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS** |

    Plaintiff STATE COMPENSATION INSURANCE FUND ("Plaintiff" or "State Fund"), and Defendants RICARDO LARA in his capacity as INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA, and THE CALIFORNIA DEPARTMENT OF INSURANCE, an Agency of the State of California ("Defendants")(collectively, the "Parties"), by and through their respective counsel of record, hereby respectfully apply to this Court for an Order continuing Defendants' motion to dismiss scheduled on January 26, 2021 at 1:30 p.m. to March 9, 2021 at 1:30 p.m. based on Local Rules 143 and 230(f).

    WHEREAS, Plaintiff and Defendants conferred to continue Defendants' motion to dismiss from January 26, 2021 to March 9, 2021;

    WHEREAS, Lead Trial Counsel for State Fund in this Action has/is experiencing a family related health matter that unexpectedly required his absence from the office for one week, within the last two weeks and again will require his absence from the office from December 27, 2020 through January 4, 2021;

    WHEREAS, the recent restrictions due to the COVID-19 crises has adversely affected State Fund's resources and in office operations;

    WHEREAS, State Fund and other litigants in actions venued in State Court and Administrative Tribunals will be participating in mediation on January 22, 2021, which State Fund believes may impact the allegations of its Complaint in this matter and resolve part or all of those claims;

    WHEREAS, the parties hereby stipulate to the following briefing schedule, subject to Court approval:

1. Plaintiff will serve and timely file its opposition to Defendant's Motion to Dismiss, currently set for hearing on January 26, 2021 on or before February 9, 2021, or 28 days before the hearing on Defendants' Motion to Dismiss;

2. WHEREAS, Defendants will serve and timely file their Reply on or before March 2, 2021, or 7 days before the hearing on Defendant's Motion to Dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED, between the Parties, subject to the Court's approval, that: Defendants' motion to dismiss be continued from January 26, 2021 to March 9, 2021 at 1:30 p.m. or such other date thereafter convenient to the Court.

**IT IS SO STIPULATED.**

DATED: December 23, 2020         STRUMWASSER & WOOCHER LLP

By: */s/Michael J. Strumwasser*
    Michael J. Strumwasser
    Bryce Gee
    Julia Michel

    Attorneys for Defendants
    RICARDO LARA in his capacity as INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA; and THE CALIFORNIA DEPARTMENT OF INSURANCE, an Agency of the State of California

DATED: December 23, 2020         NOAH GRAFF
                                 Assistant Chief Counsel

By: */s/R. Timothy O'Connor*
    R. Timothy O'Connor
    John B. de Leon
    Attorneys for Plaintiff
    STATE COMPENSATION INSURANCE FUND

**ORDER**

For good cause shown, the above Stipulation is adopted as follows:

Defendants' motion to dismiss be continued from January 26, 2021 at 1:30 p.m. to March 9, 2021 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED:  December 28, 2020         /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE