1  NOAH GRAFF, Assistant Chief Counsel, (SBN# 192795)
   ngraff@scif.com
2  R. TIMOTHY O'CONNOR, Staff Counsel (SBN# 179631)
   rtoconnor@scif.com
3  JOHN B. DE LEON, Staff Counsel, (SBN# 261381)
   jdeleon2@scif.com
4  STATE COMPENSATION INSURANCE FUND
   900 Corporate Center Drive, Suite 401
5  Monterey Park, California 91754
   Telephone: (323) 526-2045
6  Facsimile: (323) 526-2012

7  Attorneys for Plaintiff
   STATE COMPENSATION INSURANCE FUND,
8  A Public Enterprise Fund

9  MICHAEL J. STRUMWASSER (SBN 58413)
   BRYCE A. GEE (SBN 222700)
10 JULIA MICHEL (SBN 331864)
   STRUMWASSER & WOOCHER LLP
11 10940 Wilshire Boulevard, Suite 2000
   Los Angeles, California 90024
12 Telephone: (310) 576-1233
   Facsimile: (310) 319-0156
13 mstrumwasser@strumwooch.com
   bgee@strumwooch.com
14 jmichel@strumwooch.com

15 Attorneys for Defendants
   RICARDO LARA and THE CALIFORNIA
16 DEPARTMENT OF INSURANCE

17                **UNITED STATES DISTRICT COURT**

18            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

19

20  STATE COMPENSATION INSURANCE        CASE NO.  2:20-CV-01289-JAM-CKD
    FUND, a Public Enterprise Fund,
21                                      **SECOND STIPULATION AND ORDER**
                                        **TO CONTINUE DEFENDANTS'**
22                          Plaintiff,  **MOTION TO DISMISS**

         vs.
23

24  RICARDO LARA in his capacity as
    INSURANCE COMMISSIONER OF THE
25  STATE OF CALIFORNIA; and THE
    CALIFORNIA DEPARTMENT OF
26  INSURANCE, an Agency of the State of
    California,
27

28                          Defendants.

STATE
COMPENSATION
INSURANCE FUND
CORPORATE LEGAL

1                    CASE NO.  2:20-CV-01289-JAM-CKD
SECOND STIPULATION AND ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS

Plaintiff STATE COMPENSATION INSURANCE FUND ("Plaintiff" or "State Fund"), and Defendants RICARDO LARA in his capacity as INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA, and THE CALIFORNIA DEPARTMENT OF INSURANCE, an Agency of the State of California ("Defendants")(collectively, the "Parties"), by and through their respective counsel of record, hereby respectfully apply to this Court for an Order continuing the hearing on Defendants' motion to dismiss scheduled on March 9, 2021 at 1:30 p.m. to April 6, 2021 at 1:30 p.m. based on Local Rules 143 and 230(f).

WHEREAS, Plaintiff and Defendants conferred to continue the hearing on Defendants' motion to dismiss from March 9, 2021 to April 6, 2021;

WHEREAS, the recent restrictions due to the COVID-19 crises has adversely affected State Fund's resources and in office operations;

WHEREAS, State Fund and other litigants in actions venued in State Court and Administrative Tribunals will be participating in a second session mediation on or about March, 2021, which State Fund believes may impact the allegations of its Complaint in this matter and resolve part or all of those claims;

WHEREAS, the parties hereby stipulate to the following briefing schedule, subject to Court approval:

1.  Plaintiff will serve and timely file its opposition to Defendant's Motion to Dismiss on or before March 9, 2021, or 28 days before the hearing on Defendants' Motion to Dismiss;

2.  WHEREAS, Defendants will serve and timely file their Reply on or before March 30, 2021, or 7 days before the hearing on Defendant's Motion to Dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED, between the Parties, subject to the Court's approval, that: the hearing on Defendants' motion to dismiss be continued from March 9, 2021 to April 6, 2021 at 1:30 p.m. or such other date thereafter convenient to the Court.

//

//

STATE
COMPENSATION
INSURANCE FUND
Corporate Legal

2

CASE NO.  2:20-CV-01289-JAM-CKD

SECOND STIPULATION AND ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS

**IT IS SO STIPULATED.**

DATED: January 28, 2021          STRUMWASSER & WOOCHER LLP


By: */s/Michael J. Strumwasser*
    Michael J. Strumwasser
    Bryce Gee
    Julia Michel

    Attorneys for Defendants
    RICARDO LARA in his capacity as INSURANCE
    COMMISSIONER OF THE STATE OF
    CALIFORNIA; and THE CALIFORNIA
    DEPARTMENT OF INSURANCE, an Agency of
    the State of California

DATED: January 29, 2021          NOAH GRAFF
    Assistant Chief Counsel


By: */s/R. Timothy O'Connor*
    R. Timothy O'Connor
    John B. de Leon
    Attorneys for Plaintiff
    STATE COMPENSATION INSURANCE FUND


**ORDER**

For good cause shown, the above Stipulation is adopted as follows:

The hearing on Defendants' motion to dismiss be continued from March 9, 2021 at 1:30 p.m. to April 6, 2021 at 1:30 p.m.

**IT IS SO ORDERED.**


DATED:  January 29, 2021          /s/ John A. Mendez
    THE HONORABLE JOHN A. MENDEZ
    UNITED STATES DISTRICT COURT JUDGE

STATE
COMPENSATION
INSURANCE FUND
CORPORATE LEGAL

3          CASE NO.  2:20-CV-01289-JAM-CKD
**SECOND STIPULATION AND ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS**